AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Limbaugh, Jr., Stephen N. | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Rush Hudson Limbaugh Sr. U. S. Courthouse<br>555 Independence St., Suite 4000<br>Cape Girardeau, MO 63703 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee and first vice president | State Historical Society of Missouri |
| 2. Director | Rainbow Network, Springfield, MO |
| 3. Director | Southeast Missouri Symphony Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

CHARLES... 2010 MAY 17 RECEIVED

Limbaugh Jr., Stephen N.

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Missouri State Employees' Retirement System, pension | $70,967.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Wells Fargo Advisors, salary and bonuses |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | line of credit loan | K |
| 2. | American Express | cedit card | K |
| 3. | CitiCards | credit card | J |
| 4. | Nieman Marcus | credit card | J |
| 5. | Wachovia Securities | promissory note | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Securities IRA - SNL | | | | | | | | | |
| 2. -AGE Bank Deposit Prog. (money market) | A | Interest | J | T | | | | | |
| 3. -U.S. Treasury Zero Coupon Bonds | A | Interest | | | Sold | 05/22/09 | J | | |
| 4. -Amgen, Inc. | | None | | | Sold | 06/29/09 | J | | |
| 5. -Canadian Natural Resources, Ltd. | A | Dividend | | | Sold | 06/29/09 | J | | |
| 6. -CAT | A | Dividend | | | Buy | 01/22/09 | J | | |
| 7. | | | | | Sold | 06/29/09 | J | | |
| 8. -Walt Disney Co. | A | Dividend | | | Sold | 06/29/09 | J | A | |
| 9. -State Street Corp. | A | Dividend | | | Sold | 12/31 | J | B | |
| 10. -Suncor Energy, Inc. | A | Dividend | | | Sold | 06/29/09 | J | | |
| 11. -Capital World Growth & Income Fund | A | Dividend | | | Sold | 05/22/09 | K | B | |
| 12. -Euro Pacific Growth Fund | A | Dividend | | | Sold | 05/22/09 | J | A | |
| 13. -Investment co. of America | A | Dividend | | | Sold | 05/22/09 | L | | |
| 14. -Smallcap World Fund, Inc. | | None | | | Sold | 05/22/09 | K | | |
| 15. -Gilead Sciences, Inc.(see note 2., part VIII) | | None | | | Sold | 06/29/09 | J | C | |
| 16. -McDonald's Corp. | A | Dividend | | | Sold | 06/29/09 | J | | |
| 17. -Ishares Trust S&P 500 Index Fund | A | Dividend | | | Sold | 06/29/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America | A | Dividend | | | Sold | 05/22/09 | L | | |
| 19. New World Fund | | None | | | Sold | 05/22/09 | J | | |
| 20. -Ishares Trust Emerging Markets Index Fund | A | Dividend | | | Sold | 06/29/09 | K | | |
| 21. -Ishares Trust Russell Midcap Index Fund | A | Dividend | | | Sold | 06/29/09 | K | | |
| 22. -Ishares Trust Russell 2000 Index Fund | A | Dividend | | | Sold | 06/29/09 | K | | |
| 23. Fundsource-Conserv. Growth (see note) managed account) | D | Dividend | O | T | Buy | 07/02/09 | N | | |
| 24. Wachovia Securities Brokerage Account-▨▨▨ | | | | | | | | | |
| 25. -AXP | A | Dividend | | | Sold | 02/20/09 | J | C | |
| 26. -AMP | A | Dividend | | | Sold | 02/20/09 | J | B | |
| 27. -AMGN | | None | J | T | | | | | |
| 28. -ESRX | | None | K | T | Buy | 01/13/09 | J | | |
| 29. -GE | | | | | Sold | 02/20/09 | J | C | |
| 30. -JNJ | A | Dividend | J | T | Buy | 01/22/09 | J | | |
| 31. -MHS | | None | J | T | | | | | |
| 32. -MRK | A | Dividend | J | T | | | | | |
| 33. -PG | A | Dividend | J | T | | | | | |
| 34. -Common stock (formerly AGE, now WFC) | A | Dividend | J | T | Distributed | 05/21/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -CAT | A | Dividend | J | T | Buy | 01/22/09 | J | | |
| 36. -MCD | A | Dividend | J | T | Buy | 08/10/09 | J | . | |
| 37. -PEP | A | Dividend | J | T | Buy | 01/13/09 | J | | |
| 38. -WFC | | | | | Sold | 01/02/09 | J | A | |
| 39. | | | | | Sold | 02/20/09 | J | | |
| 40. -AGE Bank Dep. Prog. (now Wells Fargo) | A | Interest | J | T | | | | | |
| 41. Bank of America Checking Account▓ | A | Interest | J | T | | | | | |
| 42. Wachovia Securities IRA▓ | | | | | | | | | |
| 43. -L.T. Growth Fund Source-Core Am. (see note 3., part VIII) | B | Dividend | M | T | | | | | |
| 44. A.G. Edwards 401K Plan▓ | | | | | | | | | |
| 45. -American Funds-EuroPacific Growth Fund | C | Dividend | M | T | | | | | |
| 46. -American Funds-Investment Co. America | D | Dividend | N | T | Buy | 03/13/09 | J | | |
| 47. | | | | | Sold | 12/16/09 | M | | |
| 48. -American Funds-Small Cap World Fund | A | Dividend | M | T | Buy | 12/16/09 | L | | |
| 49. -American Funds-Washington Mutual | B | Dividend | K | T | | | | | |
| 50. -American Funds-Growth Fund America | B | Dividend | M | T | | | | | |
| 51. Vanguard Prime Money Market | C | Dividend | O | T | Buy | 1/2009 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy | 03/13/09 | J | | |
| 53. | | | | | Buy | 12/16/09 | M | | |
| 54. -American Funds-New World Fund | B | Dividend | L | T | | | | | |
| 55. -Wells Fargo Stock (f/ Wachovia Stock) | A | Dividend | K | T | | | | | |
| 56. Met Life Group Variable Universal Life | | | | | Closed | 01/01/09 | J | | |
| 57. Wachovia Savings Plan | | | | | | | | | |
| 58. -American Funds EuroPacific Growth | | | | | Buy | 3/2009 | J | | |
| 59. | | | | | Sold | 3/2009 | K | | |
| 60. -WFC stock non-ESOP | A | Dividend | J | T | Buy | 3/2009 | J | | |
| 61. | | | | | Sold | 3/2009 | J | | |
| 62. -Stable Fund | A | Dividend | K | T | Buy | 3/2009 | K | | |
| 63. | | | | | Buy | 6/2009 | J | | |
| 64. | | | | | Buy | 9/2009 | J | | |
| 65. Excess Profit Sharing Deferred Comp. Plan | | | | | | | | | |
| 66. -Stable Fund | B | Dividend | | | Sold | 12/2009 | M | | |
| 67. -Cert. of Deposit-12 mos. | A | Dividend | M | T | Buy | 12/2009 | M | | |
| 68. Vol. Def. Performance Award Plan | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Stable Fund | B | Dividend | | | Buy | 6/2009 | K | | |
| 70. | | | | | Sold | 12/2009 | L | | |
| 71. -Cert. of Deposit-12 mos. | A | Dividend | L | T | Buy | 12/2009 | L | | |
| 72. -Wells Fargo Common Stock | A | Dividend | | | | 05/21/09 | | | |
| 73. -Wachovia Stock Options (Now WFC) | | None | J | T | | | | | |
| 74. Wells Fargo Sec. Acct. | | | | | | | | | |
| 75. AEPGX | A | Dividend | J | T | | | | | |
| 76. AGTHX | A | Dividend | J | T | | | | | |
| 77. AIVSX | A | Dividend | J | T | | | | | |
| 78. NEWFX | A | Dividend | J | T | | | | | |
| 79. SMCWX | A | Dividend | J | T | | | | | |
| 80. 1/7 Int. in River Bend Inv. (see note 8, part VIII) | | None | M | Q | | | | | |
| 81. Limbaugh Lands, Inc. (see note 9, part VIII) | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., Stephen N. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII - line 9:

Sold 12/31/08 but paid dividend January 2009)

2. Part VII - line 23:

Managed Account- converted IRA account to managed account.

3. Part VII - line 34:

Deposited to account from DRIP restricted stock award 2008.

4. Part VII - line 46 and 47:

5. Part VII - line 51:
January through December 2009, monthly buys, same amount all under the J category

6. Part VII - lines 58 through 64, 67, 69-71

Only quarterly statements are provided, no actual dates available.

7. Part VII - line 72:

Deposit to [ ] account - Wells Security Brokerage account

8. Part VII - line 80:

The sole asset of River Bend Investments L.L.C. is a rehabbed [ ]-unit neighborhood apartment building in Cape Girardeau, MO, last appraisal in 2007.

9. Part VII - line 81:

We own a small part - [ ] Limbaugh Lands, Inc., the [ ] homestead farm in Bollinger County, MO.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544